# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LILLY, | Case No. EDCV 14-2076-R (JEM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CLIFF ALLENBY, et al., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that: (1) Plaintiff's complaint be dismissed without leave to amend; and (2) this action be dismissed in its entirety with prejudice.

DATED: May 4, 2015

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE