1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LILLY, | Case No. EDCV 14-2076-R (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CLIFF ALLENBY, et al., | |
| Defendant. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 4, 2015

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE